UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L'TONYA BOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:08-cv-922- SEB-DML |
| vs. | ) | |
| | ) | |
| J.C. PENNY CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established, including the January 13, 2010, trial date and the January 5, 2010, final pretrial conference date, are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before June 30, 2009. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 05/15/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Andrew G. Jones
GIBBONS JONES P.C.
ajones@gibbonsjones.com

Robert M. Kelso
KIGHTLINGER & GRAY
rkelso@k-glaw.com

Nicholas Ward Levi
KIGHTLINGER & GRAY
nlevi@k-glaw.com