UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L'TONYA BOWE )<br> )<br>       Plaintiff )<br> )<br>vs. )<br> )<br>J.C. PENNEY CORPORATION, INC. )<br> )<br>       Defendant )<br>_____ ) | Case No: 1:08-cv-922 SEB-DML |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, by counsel, and comes now the Defendant, by counsel, and said parties stipulate and agree that all matters at issue herein have been amicably resolved and settled.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties submit this stipulation without an order.

| | |
|---|---|
| GIBBONS JONES, P.C. | KIGHTLINGER & GRAY, LLP |
| By  s/ *Philip Gibbons* | By  s/ *Nicholas W. Levi* |
| Philip Gibbons | Nicholas W. Levi |
| Attorney I.D. No. 19353-49 | Attorney I.D. No. 24278-53 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 10401 North Meridian Street, Suite 300 | Market Square Center, Suite 600 |
| Indianapolis, Indiana  46290 | 151 North Delaware Street |
| | Indianapolis, Indiana  46204 |

080888 / 797599-1